UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WARNER BROS. RECORDS, INC., FONOVISIA, INC., SONY BMG MUSIC ENTERTAINMENT, UMB RECORDINGS, INC., CAPITOL RECORDS, INC., AND BMG MUSIC, | § § § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION H-05-0261 |
| LUIS TORRES, | § § § | |
| *Defendant*. | § | |

### ORDER

This copyright infringement case is before this court on plaintiffs' motion to compel defendant to respond to interrogatories and requests for document production (Dkt. 18).[1] The court held a hearing on plaintiffs' motion on October 18, 2005. Defendant Luis Torres was provided notice of the hearing in English and Spanish.[2]

Torres did not appear at the October 18 hearing. He has not responded to the pending discovery requests in any way. He has not objected, asked plaintiffs or the court for an extension of time to respond, or sought protection from discovery. He has not responded to plaintiffs' counsel's attempts to contact him. It is therefore

ORDERED that plaintiffs' motion to compel (Dkt. 18) is granted. It is further

---

[1] This motion has been referred to this Magistrate Judge for determination.

[2] Torres indicated in a motion for appointment of counsel that he does not read, write, or understand English.

ORDERED that Torres must provide full and complete responses to the interrogatories and document requests within twenty days of the date of entry of this Order.

Torres is advised that his failure to comply with this Order, and his continued failure to answer the complaint in this lawsuit, may result in entry of judgment against him.

Signed at Houston, Texas on October 18, 2005.

Stephen Wm Smith
United States Magistrate Judge